# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v | : | **3:CR-19-208** |
| **WILLIAM L. COURTRIGHT** | : | **(Judge Mannion)** |
| | : | |
| Defendant | | |

## O R D E R

The court has received the Presentence Investigation Report prepared by the U.S. Probation Office in the above captioned case. The court notes that there are a number of outstanding objections to the contents of the Presentence Report. In order to make an orderly resolution of those objections, the parties will be directed to brief the issue of calculation of loss as determination in paragraphs 46, 55 and 58 pursuant to, *inter alia,* Application Notes 3 of the Commentary to both 2B1.1 and 2C1.1. The briefing, in addition to binding case law from the Supreme Court and the Third Circuit, should include reasonable estimates of those matters discussed under 2B1.1 Application Note 3(E)(i) related to services rendered.

Additionally, all other objections, except those contained in Paragraphs 5, (which is summarily granted); and paragraph 59, (which is summarily denied), shall also be briefed.

In light of the foregoing, **IT IS HEREBY ORDERED THAT:**

**1)** The brief of the defendant will be filed on or before January 10, 2020;

**2)** The responsive brief of the United States will be filed on or before January 24, 2020;

**3)** Reply briefs, if necessary by either party, will be filed on or before January 31, 2020.

**4)** A determination of whether a hearing and evidence production will be required will be determined following the court's review of the above submitted briefs.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: December 17, 2019

19-208-02