# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA | : | |
| VS. | : | No.: 3:CR-19-208-01 |
| WILLIAM L. COURTRIGHT | : | |

## MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEF IN SUPPORT OF OBJECTIONS

AND NOW, comes Defendant, William Courtright, by and through his Attorney, Paul J. Walker, Esq., who files this present Motion for Enlargement of Time to File Objections and in support of avers as follows:

1. On July 07, 2019, Defendant plead guilty to one (1) count of Conspiracy and other related charges.

2. On or about November 05, 2019, Defendant received the United States' Presentence Investigation Report (hereinafter PSI).

3. On November 15, 2019, Defendant sent objections to the PSI, via email, to U.S. Attorney Michael Consiglio.

4. Defendant's Brief In Support Of Objections are due on January 10, 2020.

5. Defendant requests a five day extension of the deadline to file the Brief In Support Of Objections to more fully prepare the Brief.

6. On January 06, 2020, this Attorney's office obtained U.S. Attorney Michael Consiglio's concurrence in this request.

WHEREFORE, the Defendant respectfully requests this Honorable Court grant this Motion and grant a five (5) day enlargement of time to file a Brief in Support of Objections.

Respectfully submitted,

Paul J. Walker, Esq.
Attorney For Defendant
PA Bar No.: 36896
204 Wyoming Ave.
Scranton, PA 18504
PH: 570-344-2355
FX: 570-344-1061