# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v** | : | **3:CR-19-208** |
| **WILLIAM L. COURTRIGHT** | : | **(Judge Mannion)** |
| | : | |
| **Defendant** | | |

## O R D E R

Presently before the court are motions filed by the government and the defendant to seal their respective sentencing memoranda. (Doc. Nos. 25 and 27). The motions are **DENIED**. There is no information contained in either sentencing memorandum which would warrant sealing.

The Clerk is directed to unseal the sentencing memoranda.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: February 13, 2020
19-208-03