# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 3:CR-19-208** |
| **WILLIAM L. COURTRIGHT,** | : | **(JUDGE MANNION)** |
| **Defendant** | : | |

## ORDER

In accordance with the memorandum issue this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** The defendant William L. Courtright's ("Courtright") objections, (Doc. 18, at 4-5), to the final Presentence Investigation Report ("PSR"), (Doc. 17), are **OVERRULED in part** and **SUSTAINED in part**;

**(2)** Courtright's objections to Paragraphs 9, 13-21, 25, and 61 are **OVERRULED**;

**(3)** Courtright's objections to Paragraphs 46, 55, 56, and 58 are **SUSTAINED in part** insofar as the PSR combined the $2,970,266 "benefit received" figure with the $50,000 "value of anything obtained" figure; however, the court will reserve further ruling on these objections until after the

court conducts an evidentiary hearing to determine the proper figure under U.S.S.G. §2C1.1(b).[1]

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: May 13, 2020**
19-208-01-ORDER

---

[1] The court will schedule the evidentiary hearing by separate order.