UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **CRIMINAL NO. 3:CR-19-208** |
| **WILLIAM L. COURTRIGHT,** | **:** | **(JUDGE MANNION)** |
| **Defendant** | **:** | |

## ORDER

In accordance with the memorandum issue this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** The defendant William L. Courtright's ("Courtright") remaining objections, (Doc. 18, at 4-5), to Paragraphs 46, 55, 56, and 58 of the final Presentence Investigation Report ("PSR"), (Doc. 17), are **OVERRULED**;

**(2)** Courtright's total offense level is 40, his criminal category is I, and his advisory guideline range is 292-365 months' imprisonment;

**(3)** Sentencing in this matter is scheduled for **Friday, October 2, 2020, at 10:30 a.m.** in Courtroom #3 of the William J. Nealon Federal Building and United States Courthouse,

Building, 235 N. Washington Ave, Scranton, Pennsylvania; and

**(4)** Any additional sentencing material that counsel wish the court to consider prior to sentencing should be filed on or before **Friday, September 25, 2020**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: September 4, 2020**
19-208-02-ORDER